UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

LUIS ANDRE DELACRUZ,

    Defendant.
------------------------------------- x

ORDER

08 Crim. 1080-03 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 04, 2021

GEORGE B. DANIELS, United States District Judge:

In light of Defendant's release from the custody of the Bureau of Prisons ("BOP") on March 9, 2020, the Clerk's Office is ordered to close the above-captioned case and the outstanding renewed motion at ECF No. 158.

Dated: New York, New York
      January 4, 2021

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge