UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,  :
                -against-  :   ORDER

                              :   08 Crim. 1080-03 (GBD)
LUIS ANDRE DELACRUZ,  :

              Defendant.  :
------------------------------------- x
GEORGE B. DANIELS, United States District Judge:

     Defendant seeks an early termination of his supervised release. (ECF No. 166.) On November 9, 2011, Defendant was sentenced to ten years imprisonment, followed by five years of supervised release. Defendant has been on supervised release since March 9, 2020. His supervision is set to expire on March 10, 2025.

     Defendant states that while on supervised release he has been employed, "remain[s] drug free," and lives with his "wonderful spouse, and [his] 3 kids." (ECF No. 166.) Probation has no objections to the application for early termination of supervision. Probation notes that Defendant has been in full compliance with the terms of his supervision. He is employed full-time and has had no new arrests or positive drug tests. He has served his supervised release without incident.

     Defendant's application for termination of any further supervised release is GRANTED. The clerk of court is directed to close the motion, (ECF No. 166), accordingly.

Dated: New York, New York
       June 6, 2022

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                United States District Judge